## Commonwealth *v.* Green, Appellant.

Before McGlynn, Jr., J.

Submitted March 28, 1974.
*James J. DeMarco* and *Paul Leo McSorley,* for appellant; *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Griffin, Appellant.

Before Doty, J.

Submitted September 9, 1974. *Leonard Tishgart,* for appellant; *William C. Turnoff, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.